UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> Ron Meadows, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MOUNTAIN STATES CONSTRUCTION, LLC, ) <br> ) <br> *Defendant*. ) | CIVIL ACTION NO.: 3:12-cv-0523 <br> JUDGE CAMPBELL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, and in accordance with the terms and conditions of a Settlement Agreement fully executed on May 10, 2016, among the United States, Defendant, and Relator Ron Meadows, the United States and Relator stipulate, through their undersigned counsel, to the entry of an order dismissing all claims in this action with prejudice as to Relator and the United States and providing that the Court retain jurisdiction over any disputes that may arise regarding the Settlement Agreement.

Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates and agrees that the Settlement Agreement referenced above and the terms and conditions described therein are fair, adequate, and reasonable under all of the circumstances of this case, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement under 31 U.S.C. § 3730(c)(2)(B).

The United States and Relator respectfully request that the Court enter an order in the form of the attached proposed order.

          Respectfully submitted,

          DAVID RIVERA
          United States Attorney
          Middle District of Tennessee

By:   s/Christopher C. Sabis
          CHRISTOPHER C. SABIS (BPR #030032)
          Assistant U.S. Attorney
          110 9th Avenue South, Suite A-961
          Nashville, Tennessee 37203-3870
          Telephone: (615) 736-5151
          Fax: (615) 401-6626
          Email: Christopher.Sabis@usdoj.gov

*Counsel for the United States of America*


 s/John L. Whitfield
John L. Whitfield, Jr.
Moody, Whitfield & Castellarin
95 White Bridge Road, Suite 509
Nashville, TN 37205

*Counsel for Relator Ron Meadows*