UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> Ron Meadows, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MOUNTAIN STATES CONSTRUCTION, LLC, ) <br> ) <br> *Defendant*. ) | CIVIL ACTION NO.: 3:12-cv-0523 <br> JUDGE CAMPBELL |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, and in accordance with the terms and conditions of the Settlement Agreement fully executed on May 10, 2016, among the United States, Defendant, and Relator Ron Meadows, the United States and Relator filed a Joint Stipulation of Dismissal on May 23, 2016.

**IT IS ORDERED** that, consistent with the Joint Stipulation of Dismissal and the terms of the May 10, 2016, Settlement Agreement this action is dismissed with prejudice as to Relator and the United States.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

**IT IS FURTHER ORDERED** that all filings currently under seal in this case shall remain sealed.

*/s/ Todd Campbell*
**TODD J. CAMPBELL**
United States District Judge